IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
DIVISION

WILLIAM E. BOWHALL   (PRO-SE)   CIVIL ACTION NO: 2'10-cv-608-MHT
PLAINTIFF

V.

NBC INC. / CONAN O'BRIAN / CBS INC. / ABC INC. / FCC / NEWSWEEK / WXYZ-TV / WDIY-TV / WLNS-TV / WKBD-UPN 50 / WJBK-TV2 / WXYT-1270 / WHMI-RADIO / WRIF-RADIO / WIQB RADIO / KUSC-RADIO / THE DETROIT NEWS / DETROIT FREE PRESS / LANSING STATE JOURNAL / AUBURN UNIV. RADIO / MICHIGAN STATE UNIV. RADIO / OAKLAND PRESS / OPRAH WINFREY / ELLEN DEGENEROUS / HOWARD STERN / RALPH NADER / PHIL DONAHUE / FOX TELEVION INC. / LIVINGSTON COUNTY PRESS /
DEFENDANTS

JURY DEMAND
✓ NO

COMPLAINT

1.) ALL NAMED PARTIES, DEFENDANTS HAVE INDIVIDUALLY or collectively denied me, a citizen of the United States access to the general public through use of their respective media services for promotion of my works, my services, and political views with applicable relayance to music, science and new alternative industrial technologies. As a result of this effort on each of their part to withhold vital information, I was unable to promote the science involved and any business ventures involved in the establishment of research and development. I was also kept away from public view and knowledge during the Presidential Race for office of President during 1996. My political platform issues were not made public. My availability for any public office as a 3rd party candidate was never made public. Public funds could not be generated. National concerns over Tech. advancements, education, economic issues, DOD spending, NASA Project funding, Anti-Trust Legislation,

SCANNED

(CONT.)

1.) AND PATENT LAW REFORM, were not addressed. I could not lobby the general public, or private investors for research and developement monies. Artistic expression and creative opportunities were denied me. Degredation to the United States economy, it's welfare and security has resulted. Corruption of the US economy has occurred. Corruption of the political process has occurred.

2.) WILLIAM E. BOUTTALL   ph.#(334) 524-4598
2016 OLD LAFAYETTE Hwy. OPELIKA, AL. 36801

3.) FOX TELEVISION INC   ph.#(213) 277-2211
5746 Sunset Blvd., Los Angeles. CAL. 90028

NBC INC.   ph.# (818) 840-2299
300 W. Alameda Blvd. - Burbank, CAL. 91523-0001

CBS INC.   ph #(323) 575-2345
7800 Beverly Blvd. - Los Angeles, CAL. 90036

ABC INC.
2040 Ave. of the Stars - Century City, CAL. 90067

NBC INC. - CONAN O'BRIAN Show
30 Rockefeller Plaza, New York, N.Y. 10112

WXYT-1270 AM (Radio) - MARK SCOTT (Affiliations to Rush Limbaugh CBS)
P.O. Box 905 Southfield, MICH. 48037        WJBK-TV

FCC
1919 M Street N.W., Washington D.C. 20554

NEWSWEEK
251 W. 57th Street, New York, N.Y. 10019-1894

WXYZ - TV
20777 W. 10-Mile Rd., Southfield MI. 48037

WDIV - TV
550 W. Lafayette, Detroit MI. 48226

WLNS - TV
2820 E. Saginaw, Lansing MI. 48917

WKBD - UPN 50   ph.#(248) 355-7000
26905 W. 11-Mile Rd., Southfield MI. 48037

(CONTINUED)

3.) PHIL DONAHUE OFFICES, INC.
244 MADISON AVE., STE. 707 NEW YORK, N.Y. 10016

WJBK - TV 2    ph.# (248) 557-2000
Box 2000, Southfield MI. 48037

WHMI - Radio    ph.# (517) 546-0860
1277 Parkway drive, Howell, Mich. 48843

WRIF - Radio    ph.# (248) 547-0101
1 RADIO PLAZA ST., FERNDALE, MI. 48220

WIGB - Radio
43.9 FM SALES & ADMIN., DETROIT MI. 48239

WIQB - Radio
1100 Victors Way, ANN ARBOR, MI. 48108

KUSC - RADIO
P.O. BOX 77913, LOS ANGELES, CAL. 90007-0913

THE DETROIT NEWS
7 N. MAIN ST., STE. 208 - MOUNT CLEMENS MI. 48043

DETROIT FREE PRESS
37650 Professional Center Dr., LIVONIA MI. 48154

{ LANSING STATE JOURNAL
200 E. Edgewood Blvd., LANSING MI. 48901
FEDERATED PUBLICATIONS, INC.
30600 TELEGRAPH Rd., STE. 2345 BINGHAM FARMS, MICH. 48025

MICHIGAN STATE UNIV. RADIO - CURT GILLIO (WKAR AM-FM)
283 COMMUNICATIONS ARTS BUILD., EAST LANSING MICH. 48824

OPRAH WINFREY SHOW    ph.# (312) 633-0808
1058 W. WASHINGTON Blvd., Chicago IL. 60607

ELLEN DEGENEROUS SHOW
WARNER BROTHERS STUDIO - 3400 Riverside Dr., Burbank CAL. 91522

HOWARD STERN
SIRIUS SATELLITE - Radio, 1221 Ave of Americas, New York, N.Y. 10020

RALPH NADER
P.O. Box 34103 - WASHINGTON D.C. 20043

OAKLAND PRESS    ph.# (248) 332-8222
28 W. HURON ST., PONTIAC, MI. 48342

AUBURN UNIV. RADIO - WEGL FM
1105 Student Center
255 DUNCAN DR., Auburn AL. 36849

4.) Each of the named Defendants have engaged individually or collectively to aid in the corruption of the political process by denying access to public broadcast. Having disregarded national interests and the welfare of the United States. Vital communications concerning new technologies, business issues, economic issues, political and legal issues affecting the United States interests.

FIRST CAUSE OF ACTION: FRAUD AND DECEIT

SECOND CAUSE OF ACTION: NEGLIGENT MISREPRESENTATION

THIRD CAUSE OF ACTION: (UNFAIR COMPETITION, [BUSINESS + PROFESSIONAL Code § 17200]) with restitution pursuant to violation of First Amendment Rights under the U.S. Constitution.

FOURTH CAUSE OF ACTION: UNJUST ENRICHMENT against each of the named Defendants. Plaintiff demands judgement to be entered against Defendants, jointly and severly, including, an order of restitution, resonable (Pro-se) fee's, pre-judgement, post judgement interest, costs and such other relief as the court deems just and proper.

FIFTH CAUSE OF ACTION: CIVIL CONSPIRACY, against all named Defendants individually and/or collectively. In undertaking the acts alleged in this cause of action, each named Defendant having engaged in fraudulent, oppressive and malicious conduct. Plaintiff is therefore, entitled to an award of general special and punitive damages in an amount to be determined. WEREFORE, Plaintiff demands judgement to be entered against each of the named Defendants.

5.) In 2009, I sent correspondence letters requesting topic discussions and platform issues of national interests concerning the US economy, the conditions of industrial objectives, new science and corruption of the political process by Democratic and Republican stonewalling. I sent info to OPRAH WINFREY, ELLEN DEGENEROUS, HOWARD STERN, RALPH NADER concerning the boondoggal offered to the American citizen for Presidential Office. A guest spot with open discussion was offered to each media outlet. No responce was shown concerning attention to alternative options towards the welfare of the United States.

In 2000, I approached Auburn University Radio, to discuss 3RD Party Representation; with topic discussion on economics, educational funding for fundamental research and developement on new airfoil technologies. In addition, Political and Federal Law Reform issues. I was never offered an open forum for debate, or question and answere format.

In the Presidential campaign years of 1995-96, I sought access through several media outlets in the state of MICHIGAN, to promote business concerns with focus on science and technology advancements and music/video production. The option of my availability for public office with concern over 3RD Party Platform issues were denied by all named parties listed as defendants. In addition OPRAH WINFREY was contacted concerning these issues stated prior to the Presidential Election in 1996. At which time, she was focased on the Democratic Nomination of Bill Clinton.

(CONTINUED)

5.) In addition, to the individual, and/or collective conspiracy efforts formulated by the NATIONAL BROADCASTING COMPANY and it's media partners in association with, or seperate from it's competators to hinder the progress of science, arts, and industry for the economic welfare of the United States. To manipulate public opinion and outcome of a Presidential race for public office during the campaign years of 1986 through 2009. While supplementing with full media support and coverage, of a non-national born candidate for office of President and other non productive ideologies. Non committment to alternative options and objectives concerning the welfare of the United States.

In Jan. of 1996, I recieved corresspondence from NBC rejecting my offer to appear as a guest speaker concerning national topics of concern. My offer was submitted to the Jay Leno show and to the Conan O'brian show. At which point each shows host made numerous statements concerning the candidates and party ideologies for the United States. Candidates likeness was used for broadcast purposes and shows format by Conan O'brian and Jay Leno. The general public was not informed about 3rd party options. My credibility as an industrialist, composer, and creative force was subjucated to trivial redundancy.

William Bowhall
7/14/10

6.) Plaintiff requests all stated compensations listed in Item (4) with additional consideration to any, or all compensation to loss of business opportunities associated with Technology industries relating to Transportation, civilian and/or military, for public or private use on land, air, sea and space exploration. Special consideration to monetary losses and expenses concerning research investments and funding needs for the developement of all applied sciences. In addition, compensation for loss of any design Patents and sub-Patent applicatory concerns and Copyrights of both, National (U.S.) and International contingencies.

I request compensation for any loss of business opportunity in music, or movie script developement and promotion during my residency in the State of Michigan and as a resident of Opelika, Alabama, established in 1998.
I request the establishment of a Research Firm in my charge as CEO, owner of said entity, with legal retainor fee's imposed on defendants. Undo pain and suffering compensation is also requested from the courts.
I request equal coverage and contact by all media outlets concerning Topic discussions or debates on Politics, economy, welfare of the United States, Industry, Business, Education, science, Arts, investment funding, Law Reforms, state and federal concerns including International interests. I request mandatory open forum discussions and compensation as guest speaker, with legal contract concerning 3rd Party Platform issues.